Robert Dale **SMART,** a/k/a **Robert Smart,** a/k/a **Robert D. Smart, Petitioner—Appellant,**

v.

Cecilia **REYNOLDS, Warden Kershaw Correctional Institution, Respondent—Appellee.**

Robert Dale Smart, a/k/a **Robert Smart,** a/k/a **Robert D. Smart, Petitioner—Appellant,**

v.

Cecilia **Reynolds, Warden Kershaw Correctional Institution, Respondent—Appellee.**

Nos. 09–8262, 10–6227.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2010.

Decided: Aug. 31, 2010.

---

Robert Dale Smart, Appellant Pro Se.
Donald John Zelenka, Deputy Assistant
Attorney General; Alphonso Simon, Jr.,
Office of the Attorney General of South
Carolina, Columbia, South Carolina, for
Appellee.

Before KING and DUNCAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Robert
Dale Smart seeks to appeal the district
court's order denying relief on his 28
U.S.C. § 2254 (2006) petition and the
court's order denying reconsideration.
The district court referred Smart's § 2254
petition to a magistrate judge pursuant to
28 U.S.C.A. § 636(b)(1)(B) (West 2006 &
Supp.2010). The magistrate judge recom-
mended that relief be denied and advised
Smart that failure to file timely and specif-
ic objections to this recommendation could
waive appellate review of a district court
order based upon the recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins,* 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn,* 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Smart has waived appellate review of the
claims raised in his § 2254 petition by
failing to file timely and specific objections
after receiving proper notice.

Turning to Smart's appeal of the district
court's order denying reconsideration, the
order is not appealable unless a circuit
justice of judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1) (2006);
*Reid v. Angelone,* 369 F.3d 363, 369 (4th
Cir.2004). A certificate of appealability
will not issue absent "a substantial show-
ing of the denial of a constitutional right."
28 U.S.C. § 2253(c)(2) (2006); *Slack v.
McDaniel,* 529 U.S. 473, 484–85, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *see Miller–
El v. Cockrell,* 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). We
have independently reviewed the record
and conclude that Smart has not made the
requisite showing.

Accordingly, we deny Smart's pending
motions, deny a certificate of appealability,
and dismiss the appeals. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*